NELLIE SANJIAN, an Infant, by MERAN SANJIAN, Her Guardian ad Litem, Appellant, v. HENRY ETTINGER, Respondent.— Judgment of the City Court of

Yonkers reversed on the law and the facts and a new trial ordered, costs to abide the event. The verdict of the jury was inadequate, and the motion for a new trial on that ground should have been granted. The appeal is properly here on this record. (Civ. Prac. Act, §§ 549, 580; Carmody New York Practice [Temporary ed.], § 436; Laws of 1930, chap. 852, § 11.*) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

*Amdg. Yonkers City Court Act (Laws of 1893, chap. 416), tit. 9, § 1, subds. 1, 8.— [REP.